[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 15, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14565
Non-Argument Calendar

_____

D. C. Docket No. 04-00114-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAMAR JABBAR MCGILL,
a.k.a. Tony Green,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 15, 2006)**

Before TJOFLAT, ANDERSON and WILSON, Circuit Judges.

PER CURIAM:

John M. Tatum, appointed counsel for Lamar Jabbar McGill in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McGill's conviction and sentence is **AFFIRMED**.